Hernandez Tech., Inc. v Rivera (2025 NY Slip Op 03477)

Hernandez Tech., Inc. v Rivera

2025 NY Slip Op 03477

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

457 CA 24-01548

[*1]HERNANDEZ TECHNOLOGY, INC., DOING BUSINESS AS FIRST CAPITAL, PLAINTIFF-APPELLANT,
v
BERNABE RIVERA, DEFENDANT-RESPONDENT. 

BOND SCHOENECK & KING PLLC, ROCHESTER (LAURA A. MYERS OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
RUPP PFALZGRAF LLC, ROCHESTER (KEVIN J. FEDERATION OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered June 7, 2024. The order granted plaintiff's motion for leave to reargue its motion for summary judgment, and upon reargument adhered to its previous determination, and granted defendant leave to amend his answer. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Hernandez Tech., Inc. v Rivera ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court